IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01991-WDM-KLM

PIVOTAL COLORADO II, LLC.,

      Plaintiff,

v.

TRIPLE M. BETEILIGUNGS-GMBH & CO KG,

      Defendant.
_____

## MINUTE   ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court pursuant to Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [Docket No. 11, Filed November 6, 2007] ("the motion").

      IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  The Clerk is directed to accept Plaintiff's First Amended Complaint [Docket No. 11-3] for filing as of the date of this Order.

Dated:	November 9, 2007