IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01991-WDM-KMT

PIVITOL COLORADO II, LLC, a Delaware limited liability company,

    Plaintiff,

v.

TRIPLE M BETEILIGUNGS-GMBH & CO KG,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiff's Second Agreed-To Motion for A Modification of Scheduling Order Deadlines" (#69, filed July 16, 2008) is GRANTED. The court, for good cause shown, amends the Scheduling Order, [Doc. No. 10], to extend the current discovery cut-off deadline from July 31, 2008 to August 31, 2008, and the current dispositive motion deadline from August 15, 2008 to September 15, 2008.

Dated: July 30, 2008