IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01991-WDM-KLM

PIVOTAL COLORADO II, LLC.,

    Plaintiff(s),

v.

TRIPLE M. BETHEILGUNGS-GMBH & CO KG.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's motion (doc no 78) is stricken for failure to comply with Judge Miller's Pretrial and Trial Procedures regarding motions for summary judgment.

Dated: September 25, 2008

                                                       s/ Jane Trexler, Judicial Assistant