IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01991-WDM-KMT

PIVITOL COLORADO II, LLC, a Delaware limited liability company,

    Plaintiff,

v.

TRIPLE M BETEILIGUNGS-GMBH & CO KG,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion for Extension of Time To File" (#84, filed September 26, 2008) is GRANTED. The new deadline for filing summary judgment motions is October 6, 2008. NO FURTHER EXTENSIONS WILL BE GRANTED.

Dated: September 26, 2008.