IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01991-WDM-KLM

PIVOTAL COLORADO II, LLC.,

    Plaintiff(s),

v.

TRIPLE M. BETHEILGUNGS-GMBH & CO KG.,

    Defendant(s).
_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's brief in opposition to TMK's motion for partial summary judgment (doc no 101) is stricken for failure to comply with Judge Miller's Pretrial and Trial Procedures regarding motions for summary judgment (brief does not contain response to defendant's statement of undisputed facts). Plaintiff's motion to exceed page limitation (doc no 100) is denied since the brief is stricken. Counter-claimant's motion to file over over-sized brief (doc no 99) is granted.

Dated: November 4, 2008

                                              s/ Jane Trexler, Judicial Assistant