Civil Action No. 07-cv-01991-WDM-KLM

PIVOTAL COLORADO II, LLC.,

      Plaintiff(s),

v.

TRIPLE M. BETHEILGUNGS-GMBH & CO KG.,

      Defendant(s).

_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following Minute Order is entered by Judge Walker D. Miller:

      Plaintiff's motion to refile (doc no 104) is granted; the motion to exceed page limitation (doc no. 105) is granted.   Plaintiff Pivotal Colorado II, LLC's corrected response briefs (doc nos 106 & 108) are accepted for filing.

Dated: November 6, 2008

                        s/ Jane Trexler, Judicial Assistant