IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01991-WDM-KMT

PIVITOL COLORADO II, LLC, a Delaware limited liability company,

    Plaintiff,

v.

TRIPLE M BETEILIGUNGS-GMBH & CO KG,

    Defendant.

## ORDER

This matter is before the court on "Defendant TMK's Motion for Substitution of Party Due to Merger and Request to Waive Hearing" [Doc. No. 121, filed December 23, 2008]. Pivotal Colorado II, LLC filed its "Limited Objection to Defendant's Motion to Substitute Parties" [Doc. No. 124, filed January 19, 2009]. No reply was filed.

The court, having reviewed the Motion and the Limited Objection, concludes that further information is needed before the matter can be resolved. Therefore, it is hereby

**ORDERED**:

    1.    The parties shall, on or before April 13, 2009, file simultaneous briefs and/or affidavits addressing the following inquiries from the court:

        a.    Has the merger between RMMM Holding GmbH ("RMMM Holding") and Triple M Betheilgungs GmbH &Co. KG ("TMB") been entered on the German Commercial Register?

b. Will allowing the substitution of RMMM Holding for TMB have any affect on the instant action in terms of either claims or defenses?

c. What is the partnership structure of RMMM Holding and who are its limited and general partners?

d. Is RMMM Holding the general partner of any other partnerships? If so, name the partnerships.

e. Under German law is there any legal effect from substituting a limited partner entity, such as RMMM Holding, for a partnership entity which had both limited and general partners, such as TMB?

f. Under German law is there any legal effect from substituting a holding company, such as RMMM Holding, for a full partnership entity which had both limited and general partners, such as TMB?

g. Why are TMB and RMMM Holdings refusing to stipulate that the proposed substitution will not alter the status *quo* with respect to the instant proceedings?

h. Fed. R. Civ. P. 25(c) does not require a substitution of parties when interests have been transferred – are there other grounds which the parties believe mandate substitution in this case?

Dated this 23d day of March, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge