IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01991-WDM-KMT

PIVOTAL COLORADO II, LLC.,

    Plaintiff(s),

v.

RMMM HOLDING GMBH,

    Defendant(s).

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's motion to dismiss (doc. no. 138) is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated: May 15, 2009

                                          s/ Jane Trexler, Judicial Assistant