IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-01991-WDM-KMT

PIVOTAL COLORADO II, LLC.,

    Plaintiff,

v.

RMMM HOLDING GMBH,

    Defendant.

## NOTICE OF DISMISSAL

    This matter is before me on Defendant's Unopposed Motion to Dismiss all Claims and Counterclaims Due to Mootness (doc. no. 140).   It is represented to me that Plaintiff agrees the case should be dismissed without prejudice but does not agree as to the current status of the claims.   Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees, without determining the status of the claims or their mootness..

    DATED at Denver, Colorado, on May 18, 2009.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge